IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES ROWE, | : | |
| Plaintiff | : | Civil No. 3:15-cv-2449 |
| | : | |
| v. | : | (Judge Mariani) |
| | : | |
| JOHN W. KERESTES, *et al.*, | : | |
| Defendants | : | |

## ORDER

**AND NOW**, this _6th_ day of January, 2016, in accordance with the Memorandum of the same date, **IT IS HEREBY ORDERED THAT:**

1. The motion (Doc. 2) to proceed *in forma pauperis* is construed as a motion to proceed without full prepayment of fees and costs and is **GRANTED**.

2. Plaintiff shall **FILE** an amended complaint on or before January 26, 2016.

3. The amended complaint shall contain the same case number that is presently assigned to this action, 3:15-CV-2449, and shall be direct, concise, and shall stand alone without reference to any other document filed in this matter.  See FED. R. CIV. P. 8(d).

4. Plaintiff is warned that failure to timely file an amended complaint will result in dismissal of this action without further notice of Court.

/s/ Robert D. Mariani
Robert D. Mariani
United States District Judge