IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES ROWE, | : | Civil No. 3:15-cv-2449 |
| Plaintiff | : | (Judge Mariani) |
| v. | : | |
| JOHN W. KERESTES, *et al.*, | : | |
| Defendants | : | |

FILED
SCRANTON

JUL 0 1 2016

PER _____
DEPUTY CLERK

## ORDER

**AND NOW**, this /S/ day July, 2016, upon consideration of the proposed amended complaint, and for the reasons set forth in the Court's Memorandum of the same date, **IT IS HEREBY ORDERED THAT**:

1. The proposed amended complaint (Doc. 16) is **DISMISSED** without prejudice.

2. The Clerk of Court is directed to **CLOSE** this action.

3. Any appeal from this Order is **DEEMED** frivolous and not in good faith. *See* 28 U.S.C. § 1915(a)(3).

Robert D. Mariani
United States District Judge